NO. _____

SCOTTY MURL CASSELMAN

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

PRO SE MOTION FOR EXTENTION OF TIME TO FILE

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the appellant / Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellants Petition for Discretionary Review in this cause and in support thereof would show the Court the following:

1) The style and number of this case in the Eleventh Court of Appeals, Eastland, Texas is: Scotty Murl Casselman v. The State of Texas, Case No. 11-12-oo268-CR.

2) The style and number of this case in the trial court is: The State of Texas v. Scotty Murl Casselman, Cause No. 8983 from the 132nd Judicial District Court of Scurry County, Texas.

3) The Petitioner was convicted of the felony offense of Possession of Controlled Substance, less than a gram in a drug free zone.

4) Judgment was entered on February 7, 2006, and punishment was assessed at 40 years confinement with no fine.

5) The Court of Appeals affirmed the conviction on February 5, 2015, and Motion For Rehearing was denied on March 25, 2015.

6) The deadline for filing the Petition For Discretionart Review in this Cause is April 24, 2015.

1 of 2

7) An extention of time for a period of 60 days is requested, that would make the due date June 23, 2015.

8) No prior request for an extention of time has been made.

9) The facts relied upon to show good cause for the requested extention are, as follows: The Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. After the conviction was affirmed, the trial courts' appointed counsel refused to file a Petition for Discretionary Review. Therefore additional time is needed for the Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully request that this Honorable Court extend time for filing the Petition For Discretionary Review in this Cause to June 23, 2015.

Respectfully submitted,

*Scotty Casselman*

Petitioner

Scotty Murl Casselman
1211 West County Road 138, Lot #6
Midland, TX 79706


CERTIFICATE OF SERVICE

The Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the Office of the Criminal District Attorney for Scurry County, Benjamin Smith, 1806 25th Street, Suite 302, Snyder, TX 79549, and mailed via U.S. mail to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, TX 78711, on the 31 day of March ,2015.

*Scotty Casselman*

Scotty Murl Casselman

Scotty Murl Casselman
1211 West County Road 138, Lot # 6
Midland, TX 79706

March 31, 2015

Texas Court of Criminal Appeals
C/O Louise Pearson, Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

RE:     Appellate Case No. 11-12-00268-CR    11th Court of Appeals
        Trial Court Case No. 8983            132nd District
        Scotty Murl Casselman v. The State of Texas

Honorable Louise Pearson, Clerk,

        Please find enclosed the Petitioner's Motion For Extention of Time to
File Petition For Discretionary Review. Please file the instrument and bring
it to the attention of the Court at earliest Convenience.  Thank you for your
service in this matter.

Sincerely,

*Scotty Casselman*

Scotty Murl Casselman


cc

Benjamin Smith,
District Attorney's Office
1806 25th St., Ste. 302
Snyder, TX 79549

State Prosecuting Attorney
P.O. Box 12405, Capitol Station
Austin, TX 78711



JIM R. WRIGHT
CHIEF JUSTICE

MIKE WILLSON
JUSTICE

JOHN M. BAILEY
JUSTICE

# Court of Appeals
## Eleventh District of Texas

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

SHERRY WILLIAMSON
CLERK

TELE: 254/629-2638
FAX: 254/629-2191
sherry.williamson@txcourts.gov
www.txcourts.gov/11thcoa

March 26, 2015

Scotty Murl Casselman
#1353071
c/o Coots Family
3609 FM 715
Midland, TX 79706

Dana Cooley
1806 25th Street, Suite 302
Snyder, TX 79549
* DELIVERED VIA E-MAIL *

**RE:** Appellate Case Number: 11-12-00268-CR
Trial Court Case Number: 8983-A
**Style:** Scotty Murl Casselman
v. The State of Texas

The Court has this day **GRANTED IN PART** Appellant's pro se motion requesting suspension of appellate rules in the above cause.

The Court has also this day **DENIED** Appellant's pro se motion for rehearing.

If either party wishes to file a Petition for Discretionary Review, please note:

1) Pursuant to TEX. R. APP. P. 68.3(a), the petition and all copies of the petition must be filed with the Clerk of the Court of Criminal Appeals; and

2) Pursuant to TEX. R. APP. P. 68.4(i), a copy of this Court's opinion must be attached to each copy of the Petition for Discretionary Review.

Respectfully yours,

*Sherry Williamson*

Sherry Williamson, Clerk

cc: Reed A. Filley (DELIVERED VIA E-MAIL)
Ernie Armstrong, Judge (DELIVERED VIA E-MAIL)

Scotty Casselman
1211 West County Road 138 Lot #6
Midland, Tx. 79706

U.S. POSTAGE
PAID
MIDLAND, TX
79701
MAR 31, 15
AMOUNT
$1.19
1000          78711          00115640-08

Texas Court of Criminal Appeals
C/O Louise Pearson, Clerk
Capitol Station   P.O. Box 12308
Austin, Texas   78711-2308